Case: 1:24-mj-00383
Assigned To : Magistrate Judge Zia M. Faruqui
Assign. Date : 12/16/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since April 2023. My training included eighteen weeks of New Agent Training at the FBI Academy in Quantico, Virginia. I have been assigned to investigate offenses related to domestic terrorism since September 2024. As an FBI agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. Through my employment with the FBI, I have gained knowledge in the use of various investigative techniques, including, but not limited to, conducting physical surveillance, conducting interviews, obtaining information through administrative and grand jury subpoenas, preparing and executing state and federal search warrants, preparing reports, and reviewing electronic evidence.

Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

**Identification Of SHANE KENNETH MILLER**

After the January 6, 2021 siege on the United States Capitol, the FBI issued "Be On The Lookout" (BOLO) notices to the general public, which depicted individuals to be identified who were captured in video footage participating in the riot. One of those individuals was BOLO AFO-53, who was captured on video pushing metal barricades into police officers.



***Image 1: BOLO AFO-53 from January 6, 2021***

During its investigation and efforts to identify BOLO subjects, the FBI discovered an Instagram account "miller_plus_miller" with Display Name "Gina Miller." From this account, the FBI identified photos of a man who appeared to match the description of BOLO AFO-53. The FBI then conducted a public records search for relatives of "Gina Miller," which led to the identification of a relative named Shane Kenneth Miller, who appeared to be the same individual depicted in Gina Miller's Instagram and who matched the description of BOLO AFO-53.

The FBI identified records from the California Department of Motor Vehicle of the individual Shane Kenneth Miller, and compared a photograph contained in those records with video footage from the Capitol on January 6. The individual Shane Kenneth Miller depicted in the

California records appears to depict the same individual shown in video footage taken on January 6, 2021.

Subpoena returns from American Airlines revealed that a flight was purchased for passenger "Shane Miller" to travel from San Jose International Airport to Ronald Reagan National Airport in Washington, D.C. on January 5, 2021, returning January 6, 2021.

Then, in November 2024, the FBI conducted physical surveillance in the vicinity of MILLER's registered California address and made in-person observations of MILLER. Based on these in-person observations, the FBI can positively identify MILLER as BOLO AFO-53.

**SHANE KENNETH MILLER'S Participation in the January 6th Riot**

On January 5, 2021, MILLER flew from California to Washington, D.C. to attend the former president's "Stop the Steal" rally on the National Ellipse on January 6, 2021. On January 6, 2021, MILLER wore a two-tone blue jacket, a camouflage hat, blue jeans, and work boots.




***Images 2 & 3: SHANE KENNETH MILLER on January 6, 2021***

Video footage shows that, at approximately 12:45 p.m. on January 6, 2021, as preparations for the proceedings described above were underway in the House and the Senate, a large crowd gathered to the west of the U.S. Capitol around the Peace Monument, located in the Pennsylvania Avenue N.W. and 1st Street N.W. roundabout, commonly referred to as the "Peace Circle."

In this area, the United States Capitol Police (USCP) had erected several rows of metal barricades to keep the public away from the Capitol building and the Congressional proceedings underway inside. The first line of barricades was erected just off the roadway of Peace Circle and was intended to maintain a buffer zone between the road and the perimeter fence delineating the restricted area of the Capitol grounds.



***Image 4: Still shot of video footage showing MILLER (yellow square) near the first line of barricades on January 6, 2021***

At approximately 12:50 p.m., the crowd aggressively confronted the barricades and surged through them, making their way closer to the Capitol building. The crowd, MILLER included, approached a second line of barricades on the sidewalk that connects Peace Circle to the U.S. Capitol Building, referred to as the "Pennsylvania Walkway."



***Image 5: Still shot of video footage showing the crowd approaching a line of bike rack barricades backed by police officers***

The second barricades consisted of metal bike rack barriers, physically linked end-to-end, and reinforced with dark-colored plastic mesh safety fencing affixed behind the metal bike racks. The fence line was clearly marked with large white "AREA CLOSED" signs in bold red lettering. A line of uniformed police officers stood behind the barriers.




***Image 6: Still shot of video footage showing "AREA CLOSED" signs (yellow arrows) affixed to bike racks and snow fencing with police officers standing behind***

As the crowd approached the barricades, MILLER worked his way to the front of the pack, standing directly in front of the barricades and the police officers who were quickly drastically outnumbered.



***Image 7: Still shot of video footage showing MILLER (yellow rectangle) confronting police officers behind the second line of barricades***

The crowd, MILLER included, became increasingly aggressive towards the police officers, repeatedly yelling at the officers and demanding access to the Capitol grounds. The crowd pushed and pulled on the bike racks as the officers attempted to hold the barricades in place. Then, in a coordinated effort, MILLER and others charged forward, forcefully pushing the heavy metal barricades directly into USCP Officers.




***Images 8-11: Still shots of video footage showing MILLER (yellow square) pushing a metal bike rack barricade into police officers***

One rioter made it over the barricades and began attacking two police officers, as MILLER continued pushing forward into the barricades.




***Image 12: Still shot of video footage showing MILLER (yellow circle) forcefully pushing barricade into U.S. Capitol Police officers***

As the rioters, MILLER included, forcefully rammed the barricades into the police line, officers were caught in a precarious position with an angry mob jamming bike racks at their front

and a set of stairs at their back. As the mob pushed forward, they forcefully knocked to the ground one officer nearby MILLER. The officer's head struck the stairs behind her, resulting in a loss of consciousness.




***Image 13: Still shot of video footage showing the fallen police officer (yellow square) on the stairs after being knocked down by the crowd***

The crowd successfully forced their way through the police barricades and the officers, and stormed towards the Capitol building. Officers quickly retreated to establish a new line. MILLER marched towards the Capitol building and beckoned the crowd forward.



***Image 14: Still shot of video footage showing MILLER (yellow rectangle) on the West Lawn of the Capitol grounds beckoning the crowd towards the Capitol***

By about 12:54 p.m., the large crowd had advanced to the Lower West Plaza. By this point, the police officers that had been overrun near Peace Circle had fallen back to establish another police line. The growing crowd quickly overran that police line and flooded the West Plaza.

The mob then approached a black fence and another line of Capitol Police officers. The crowd aggressively confronted the officers.






***Images 15 & 16: Still shots of Capitol Police video footage showing MILLER (yellow circle) on the West Lawn of the Capitol grounds approaching another barricade***

Suddenly, with MILLER at the forefront, the crowd surged forward over the fence and through the barricades, and flooded the West Plaza.






***Images 17 & 18: Still shots of MILLER (yellow circle/rectangle) shouting and waving to other rioters as they flooded the west front of the Capitol grounds***

Some officers retreated south to the block the southwest staircase, which provided access to the upper terrace. MILLER and the mob followed. As he moved south, MILLER turned to the crowd, waving them forward and directing them to "COME ON!"






***Images 19 & 20: Still shots of MILLER (yellow oval) near the southwest staircase***

MILLER made his way towards the southwest staircase where rioters violently attacked officers as the crowd attempted to gain access to the stairs.

**<u>Probable Cause</u>**

Based on the foregoing, I believe there is probable cause to believe that that SHANE KENNETH MILLER violated 18 U.S.C. § 111(a)(1), which makes it a crime to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of Title 18 while engaged in or on account of the performance of official duties, where such acts involve physical contact with the victim or the intent to commit another felony. Persons designated within section 1114 of Title 18 include federal officers such as USCP officers and include any person assisting an officer or employee of the United States in the performance of their official duties.

Additionally, I believe there is probable cause to believe that that SHANE KENNETH MILLER violated 18 U.S.C. § 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This includes the Joint Session of Congress where the Senate and House count Electoral College votes.

I also submit there is also probable cause to believe that SHANE KENNETH MILLER violated 18 U.S.C. §§ 1752(a)(1), (2) and (4) which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that SHANE KENNETH MILLER violated 40 U.S.C. § 5104(e)(2)(D) and (F) which makes it a crime to willfully and (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (F) engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of December 2024.

HONORABLE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE